**IT IS SO ORDERED.**

Dated: 10:31 AM June 25 2010

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-51281 |
| | ) | |
| ELIZABETH L. FULLER | ) | Chapter 7 |
| SSN: XXX-XX-1227 | ) | |
|     Debtor | ) | Judge SHEA-STONUM |
| | ) | |
| | ) | ORDER GRANTING MOTION OF |
| | ) | U.S. BANK, N.A. FOR RELIEF FROM |
| | ) | STAY <AND ABANDONMENT> |
| | ) | <ADDRESS OF REAL PROPERTY |
| | ) | 2795 MULL AVENUE 9-D |
| | ) | COPLEY, OH 44321 |

    This matter came before the Court on the Motion for Relief from Stay <and Abandonment> (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket 16). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property LOCATED AT 2795 MULL AVENUE 9-D, COPLEY, OH 44321.

# # #

SUBMITTED BY:

LAURITO & LAURITO, L.L.C.

 _/s/ Erin M. Laurito_____
Erin M. Laurito (0075531)
Attorney for Plaintiff
7550 Paragon Road
Dayton, OH 45459
937/743-4878 (telephone)
937/743-4877 (facsimile)
www.lauritoandlaurito.com
dleonard@lauritolaw.com

**PARTIES TO BE SERVED:**

**Elizabeth Lynette Fuller , Debtor**
**2795 Mull Avenue 9-D**
**Akron, OH 44321**
**(Served via U.S. Mail)**

**Jerry Fuller, Interested party**
**2795 Mull Ave. 9-D**
**Akron, OH 44321**
**(Served via U.S. Mail)**

**Carie Ann Becker, Attorney for Debtor**
**PO Box 67159**
**Cuyahoga Falls, OH 44222**
**(Served via ECF Noticing)**

**Robert S. Thomas, II, Trustee**
**One South Main St. 2nd Fl**
**Akron, OH 44308**
**(Served via ECF Noticing)**

**Office of the U.S. Trustee**
**Howard Metzenbaum U.S. Courthouse**
**201 Superior Avenue**
**Cleveland, OH 44114**
**(Served via ECF Noticing)**